UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br><br>   Plaintiff<br><br> v.<br><br>BERKLEE COLLEGE OF MUSIC,<br><br>   Defendant | Civil Action No:  1:20-cv-11003 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Elizabeth H. Kelly of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as co-counsel of record for the defendant, Berklee College of Music, in the above-captioned action.

        BERKLEE COLLEGE OF MUSIC,

        /s/Elizabeth H. Kelly
        Daryl J. Lapp (BBO No. 554980)
         daryl.lapp@lockelord.com
        Elizabeth H. Kelly (BBO No. 672277)
         liz.kelly@lockelord.com
        LOCKE LORD LLP
        111 Huntington Avenue
        Boston, MA 02199
        617.230.0100

### Certificate of Service

I certify that on August 17, 2020, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

        /s/ Elizabeth H. Kelly
        Elizabeth H. Kelly

83452999v.1