UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR, <br> Plaintiff <br> v. <br> BERKLEE COLLEGE OF MUSIC, <br> Defendant | Civil Action No. 1:20-cv-11003 |

**EMERGENCY MOTION TO BAR PLAINTIFF FROM ATTENDING THE REMAINING DEPOSITIONS OF HIS EXPERTS**

On September 9, 2022, counsel for the defendant, Berklee College of Music, attempted to depose one of plaintiff's expert witnesses. The plaintiff, Peyman Farzrinpour, who is represented by counsel, repeatedly interrupted and otherwise interfered with defense counsel's taking of the deposition. As further described below, the outbursts were laced with profanity and included personal attacks on counsel for the defendant. The inappropriate conduct continued despite repeated warnings, not only by defense counsel, but also by plaintiff's own counsel. Ultimately, defense counsel was forced to suspend the deposition and seek relief from the Court.

Accordingly, pursuant to Fed. R. Civ. P. 30(d)(2), Berklee moves for entry of an order barring plaintiff from attending the remaining depositions of his expert witnesses. Alternatively, Berklee requests entry of an order strictly prohibiting Farzinpour from speaking at any point, for any reason, during the remaining depositions, the violation of which result in him being precluded from introducing any expert testimony at trial. Berklee further requests that the Court sanction plaintiff by requiring him to pay $5,000 in consideration of Berklee's attorneys fees and costs incurred in seeking this relief.

In support of its motion, Berklee submits the accompanying memorandum, which attaches as Exhibit A relevant excerpts from the deposition on September 9, 2022.

1

[Handwritten margin note: 9/12/22 — I order Mr. Farzinpour not to speak at any of the remaining depositions. He shall remain muted. Any further outbursts will result in sanctions. /s/ Saris]