UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br><br>                         Plaintiff,<br><br>v.<br><br>BERKLEE COLLEGE OF MUSIC,<br><br>                         Defendant. | Civil Action No. 1:20-cv-11003 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Counsel for Plaintiff Peyman Farzinpour – Andrew Miltenberg, Tara Davis, and Regina Federico of Nesenoff & Miltenberg, LLP, along with Jeannie Suk Gersen – hereby move, pursuant to Local Rule 83.5.2(c)(2) and Massachusetts Rule of Professional Conduct 1.16, for an order permitting them to withdraw as counsel for Plaintiff on this matter. Good cause for such withdrawal exists, as described in the accompanying Memorandum of Law in Support of Motion to Withdraw and the Declaration of Tara J. Davis, Esq. Specifically, counsel and Plaintiff have encountered fundamental disagreements regarding the handling of this matter, communications have broken down to a degree that counsel's representation is no longer feasible, and there has been an irreparable deterioration in the attorney-client relationship.

Counsel respectfully requests that prior to issuing any decision on this motion, and in the event the Court requires further detail regarding the nature of the disagreements and communications leading to counsel's request to withdraw from its representation of Plaintiff, that counsel be permitted an opportunity to meet with the Judge in camera, at the Court's convenience.

1

Based on the foregoing, counsel respectfully requests: (i) that they be permitted to withdraw as counsel to Plaintiff on this matter; and (ii) that the Court stay all proceedings for at least sixty (60) days, if needed, to permit Plaintiff sufficient time to secure new counsel.

**Dated:      September 19, 2022**
**             Boston, Massachusetts**

                                       **Respectfully submitted,**

                                       **NESENOFF & MILTENBERG, LLP**
                                       *Attorneys for Plaintiff Peyman Farzinpour*

                                       **By: /s/ *Tara J. Davis***
                                       **Andrew T. Miltenberg, Esq. (*Pro Hac Vice*)**
                                       **363 Seventh Avenue, Fifth Floor**
                                       **New York, New York 10001**
                                       **(212) 736-4500**
                                       **amiltenberg@nmllplaw.com**

                                       **Tara J. Davis (BBO No. 675346)**
                                       **Regina M. Federico (BBO No. 700099)**
                                       **101 Federal Street, Nineteenth Floor**
                                       **Boston, Massachusetts 02110**
                                       **(617) 209-2188**
                                       **tdavis@nmllplaw.com**
                                       **rfederico@nmllplaw.com**

                                               -and-

                                       **Jeannie Suk Gersen (BBO No. 601070)**
                                       **1563 Massachusetts Avenue**
                                       **Cambridge, Massachusetts 02138**
                                       **(617) 496-8834**
                                       **jsuk73@gmail.com**

## LOCAL RULE 7.1(a)(2) CERTIFICATE

The undersigned counsel certifies that they have conferred with counsel for the Defendant regarding the relief requested in this motion. As of the filing of this motion, counsel for Defendant has not yet relayed Defendant's position on the motion to counsel for Plaintiff.

*/s/ Tara J. Davis*

Tara J. Davis

## CERTIFICATE OF SERVICE

I certify that on September 19, 2022, this document was filed through the ECF System of the United States District Court for the District of Massachusetts and will be served electronically on the Registered Participants identified in the Notice of Electronic Filing.

*/s/ Tara J. Davis*

Tara J. Davis