UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PEYMAN FARZINPOUR,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**BERKLEE COLLEGE OF MUSIC,**<br><br>             **Defendant.** | **Civil Action No. 1:20-cv-11003** |

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Tara J. Davis, declare as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and am a Partner in the law firm Nesenoff & Miltenberg, LLP, which is counsel of record for the Plaintiff, Peyman Farzinpour in this matter.

2. I make this declaration in support of the Motion to Withdraw as Counsel to the Plaintiff in this action.

3. I have served as counsel to the Plaintiff, along with my colleagues, Andrew Miltenberg, Regina Federico, and Jeannie Suk Gersen since February of 2020.

4. Since that time, in our representation of the Plaintiff we have among other things, overcome Defendant's motion to dismiss (ECF No. 35), conducted more than ten depositions, engaged in document discovery involving the exchange of nearly five thousand documents, defeated Defendant's motion for summary judgment on five of the seven claims (ECF No. 83), retained and have begun to defend expert depositions, and have commenced trial preparation.

1

5.       However, counsel and the Plaintiff have encountered several fundamental disagreements, resulting in an irretrievable and irreparable breakdown of communications, and a deterioration of the attorney- client relationship.

6.       Counsel has not submitted exhibits in support of this motion, in order to maintain the confidentiality of attorney-client privileged communications and the privacy of the Plaintiff. However, in the event the Court requires further detail regarding the nature of the disagreements and communications leading to counsel's request to withdraw from its representation of Plaintiff, counsel would be more than willing to meet with the Judge in camera, at the Court's convenience.

7.       Based on the foregoing, there exists good cause for an order permitting counsel to withdraw as attorneys for Plaintiff on this matter, pursuant to Local Rule 83.5.2(c)(2) and Massachusetts Rule of Professional Conduct 1.16.

8.       Based on the foregoing, counsel respectfully requests: (i) that they be relieved as counsel to Plaintiff on this matter; and (ii) that the Court stay all proceedings for at least sixty (60) days to permit Plaintiff sufficient time to secure new counsel.

9.       Counsel has notified Plaintiff of their intent to file this motion. To our understanding, Plaintiff does not intend to oppose the motion and is in the process of attempting to secure new counsel.

10.      Counsel has also notified counsel for Defendant of their intent to file this motion seeking to withdraw as counsel.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

[signature page follows]

**Dated: Boston, Massachusetts**
   **September 19, 2022**

                 Respectfully submitted,

                  NESENOFF & MILTENBERG, LLP
                  *Attorneys for Plaintiff Peyman Farzinpour*

                  By: */s/ Tara J. Davis*
                  **Tara J. Davis (BBO No. 675346)**
                  **101 Federal Street, Nineteenth Floor**
                  **Boston, Massachusetts 02110**
                  **(617) 209-2188**
                  **tdavis@nmllplaw.com**

<u>**CERTIFICATE OF SERVICE**</u>

  I certify that on September 19, 2022, this document was filed through the ECF System of the United States District Court for the District of Massachusetts and will be served electronically on the Registered Participants identified in the Notice of Electronic Filing.

                 */s/ Tara J. Davis*
                 Tara J. Davis