UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEYMAN FARZINPOUR,

Plaintiff

v.                                          Civil Action No. 1:20-cv-11003

BERKLEE COLLEGE OF MUSIC,

Defendant

### DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW

The defendant, Berklee College of Music, responds as follows to the motion of plaintiff's counsel for leave to withdraw.  Plaintiff's counsel also seeks the entry of an order staying the case for at least sixty days, in order to allow plaintiff time to secure new counsel.

The case is set for trial beginning November 8, 2022.  The parties are still in the process of completing expert depositions.[1]  Motions in limine – some of which will concern plaintiffs' experts – are due October 6; the joint pretrial memorandum is due October 14; and a final pretrial conference is scheduled for October 20, 2022.

In light of this schedule, any stay of proceedings at this point will either necessitate a continuance of the trial date or will result in unfair prejudice to Berklee.

Berklee is prepared to try the case beginning November 8, provided the current pretrial schedule remains in place and provided all expert depositions can be completed no later than September 30.  Alternatively, Berklee's position is that the trial should be continued to a date not earlier than April 2023.  Berklee is essentially closed for a winter break and its witnesses will not be available in December and January.  Berklee's counsel currently has another trial scheduled to

---

[1] The completion of those depositions has been delayed not by any fault of Berklee, but by the plaintiff's egregious conduct in interfering with those depositions – conduct that required Berklee recently to seek the Court's intervention.

begin January 23, followed by an international travel commitment in February.  Berklee and its

counsel would be able to re-commence final trial preparation in March and try the case in April

or later of 2023.

BERKLEE COLLEGE OF MUSIC,

/s/ Elizabeth H. Kelly
Daryl J. Lapp (BBO No. 554980)
   daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
September 20, 2022           617.230.0100

**Certificate of Service**

I certify that on September 20, 2022, this document was filed through the ECF System of the United States District Court for the District of Massachusetts and will be served electronically on the Registered Participants identified in the Notice of Electronic Filing.

/s/Elizabeth H. Kelly
Elizabeth H. Kelly

129285397v.4