UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br>        PLAINTIFF<br><br>vs.<br><br>BERKLEE COLLEGE OF MUSIC,<br>        DEFENDANT. | Civil Case No. 1:20-cv-11003<br><br>DATE: September 28, 2022 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael Thad Allen of Allen Harris Law, PLLC, PO Box 404, Quaker Hill, Connecticut 06375, BBO #679795, as counsel of record for the plaintiff, Peyman Farzinpour, in the above-captioned action.

Respectfully submitted,

*/s/ Michael Thad Allen*

Michael Thad Allen (BBO#679795)
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT  06320
(860) 772-4738
m.allen@allen-lawfirm.com

## Certificate of Service

I certify that on September 27, 2022, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Michael Thad Allen
Michael Thad Allen