UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br>Plaintiff,<br><br>vs.<br><br>BERKLEE COLLEGE OF MUSIC,<br>Defendant. | Civil Case No. 1:20-cv-11003 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SAMANTHA K. HARRIS, ESQ.**

I, Michael Thad Allen, a member in good standing of the bar of this Court and the Courts of the Commonwealth of Massachusetts, and counsel for the Plaintiff herein, move the Court, pursuant to Local Rule 83.5.3, to admit *pro hac vice* Attorney Samantha K. Harris, a partner in the law firm of Allen Harris Law, PLLC, PO Box 404, Quaker Hill, Connecticut 06375, Tel: 860-345-5310, sharris@allenharrislaw.com, as attorney before this Court in this action as counsel for Plaintiff Peyman Farzinpour.

As stated in the accompanying affidavit, Samantha K. Harris, is a member in good standing of the Pennsylvania bar as well as of the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and the U.S. Court of Appeals for the Fourth Circuit. She has no disciplinary proceedings pending against her in any jurisdiction. She has not previously had a *pro hac vice* admission to this Court revoked for misconduct. She has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I respectfully request that this Court admit Samantha K. Harris *pro hac vice*.

Respectfully submitted,

_____
Michael Thad Allen (435762)
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT  06320
(860) 772-4738
mallen@allenharrislaw.com

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff, through their undersigned counsel, conferred with counsel for the Defendants, Daryl Lapp of Locke Lord, concerning the filing of the instant Motion. Counsel for the Defendants have no objection to this Motion.

Dated: October 3, 2022                                  /s/ Michael Thad Allen
                                                                       Michael Thad Allen