UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br>        Plaintiff,<br><br>vs.<br><br>BERKLEE COLLEGE OF MUSIC,<br>        Defendant. | Civil Case No. 1:20-cv-11003 |

## CERTIFICATION OF SAMANTHA K. HARRIS, ESQ.

I, Samantha K. Harris, hereby certify as follows:

1. I am a partner in the law firm of Allen Harris PLLC, PO Box 404, Quaker Hill, Connecticut 06375, Tel: 860-345-5310, sharris@allenharrislaw.com.

2. I am a member in good standing of the Pennsylvania bar as well as the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and the U.S. Court of Appeals for the Fourth Circuit.

3. There are no disciplinary proceedings against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My firm represents Plaintiff Peyman Farzinpour in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

*[Signature: Samantha Harris]*

Samantha K. Harris
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06375
(860) 345-5310
sharris@allenharrislaw.com