UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br><br>Plaintiff<br><br>v.<br><br>BERKLEE COLLEGE OF MUSIC,<br><br>Defendant | Civil Action No. 1:20-cv-11003 |

## MOTION FOR LEAVE TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 15 and 16, the Defendant, Berklee College of Music, requests that this Court grant it leave to amend its Answer to the Third Amended Complaint, to include the doctrine of after-acquired evidence as an affirmative defense. In support of its motion, Berklee submits the accompanying memorandum and the proposed amended answer, attached to the memorandum as **Exhibit A**.

BERKLEE COLLEGE OF MUSIC,

/s/ Elizabeth H. Kelly
Daryl J. Lapp (BBO No. 554980)
   daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
September 14, 2022
617.230.0100

*[Handwritten annotation in left margin: "10/7/22 Denied as untimely. Saris"]*

### Certification Pursuant to Local Rule 7.1(a)(2)

I certify that counsel for the defendant have conferred with opposing counsel in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly