

111 Huntington Avenue
9th Floor
Boston, MA 02199-7613
Telephone: 617-239-0100
Fax: 617-227-4420
www.lockelord.com

Elizabeth H. Kelly
Direct Telephone: 617-239-0774
Direct Fax: 866-955-9265
liz.kelly@lockelord.com

October 11, 2022

**VIA ECF**

Hon. Patti B. Saris
Courtroom 19, 7th Floor
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Peyman Farzinpour v. Berklee College of Music
                 United States District Court, C.A. No. Civil Action No. 1:20-cv-11003

Dear Judge Saris:

Per your October 6, 2022 Order, we are reporting that the parties have not agreed to pursue private mediation. We understand that this will result in a referral for further mediation with Magistrate Judge Bowler in January.

Thank you for your attention to this matter.

Very truly yours,

*Elizabeth H. Kelly*

Elizabeth H. Kelly

Enclosures

cc:    Daryl Lapp (via ECF)
       Michael T. Allen (via ECF)
       Samantha K. Harris (via ECF)

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

129776030v.2