UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>BERKLEE COLLEGE OF MUSIC,<br><br>Defendant. | Civil Case No. 1:20-cv-11003-PBS<br><br>DATE: |

**PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING ELIGIBLE DAMAGES; OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO ADMIT DAMAGES EVIDENCE**

Plaintiff Peyman Farzinpour ("Plaintiff" or "Farzinpour") respectfully submits this Motion for Clarification Regarding Plaintiff's Eligible Damages. In the alternative, Plaintiff submits this motion as a Motion in Limine to admit certain damages evidence.

I. INTRODUCTION

A. The First Alali Complaint Causes the Follow-On Jane Roe Complaint

Peyman Farzinpour was an associate professor of conducting at Berklee College of Music ("Defendant" or "Berklee") from 2014 to 2020. On July 26, 2019, his student Mina Alali filed a complaint of sexual harassment and improper conduct with Berklee's Equity Office after an outing on which she later admitted, in a recorded conversation, she had been attempting to "determine what his intentions were" and in which she solicited sex from Plaintiff Farzinpour. (ECF No. 70 at 9-14.) Berklee responded by placing Farzinpour on immediate administrative leave during an investigation into the allegation Farzinpour had solicited a "hand job" from the student, after which he was punished with a 30-day suspension as punishment. (Affidavit of Michael Thad Allen, "Allen Aff." **Exhibit A** (summary of interview of M. Alali by J. Calovie) at BCM002101; ECF No. 63 at 5; ECF No. 70 at 15, 43.)

1