UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| PEYMAN FARZINPOUR, Plaintiff v. BERKLEE COLLEGE OF MUSIC, Defendant | Civil Action No. 1:20-cv-11003 |
|---|---|

**JOINT MOTION FOR ENTRY OF PRETRIAL SCHEDULE**

Pursuant to the Court's December 15, 2022 Order (ECF No. 121), the parties jointly request that the Court enter the following, proposed pretrial schedule.

The proposed schedule tracks the Court's prior pretrial order (ECF No. 85) with respect to how the various deadlines fall in relation to the pretrial conference and trial dates.

The parties note that this schedule does not provide for the filing of trial briefs, which the parties do not believe are needed in light of the prior summary judgment briefing and the Court's overall familiarity with the factual and legal issues in the case.

| Event/Deadline | Date |
|---|---|
| File and serve objections to pretrial disclosures | February 10, 2023 |
| Deadline to confer re the joint pretrial memo | March 2, 2023 |
| File and serve:<br>• Proposed jury instructions<br>• Proposed preliminary jury instructions<br>• Proposed voir dire questions<br>• Motions in limine (no more than 5 per side) | March 2, 2023 |
| File and serve:<br>• Oppositions to motions in limine<br>• Objections to witnesses | March 9, 2023 |

1

|  |  |
|---|---|
| <ul><li>Objections to exhibits</li><li>Objections to deposition designations</li><li>Counter-designations of deposition testimony</li></ul> |  |
| File the joint pretrial memorandum, which includes:<ul><li>Names, addresses and telephone numbers of trial counsel</li><li>Whether the case is to be tried with or without a jury</li><li>Concise summaries of the parties' positions with respect to liability and damages</li><li>The facts established by pleadings, stipulations, or admissions of counsel – having in mind that counsel shall stipulate to all facts not in genuine dispute.</li><li>Contested issues of fact</li><li>Any jurisdictional questions</li><li>Issues of law, including evidentiary questions, together with supporting authority</li><li>Any requested amendments to the pleadings</li><li>Any additional matters to aid in disposition of the action</li><li>The probable length of trial, including the expected length of each witness's direct examination</li><li>The names of witnesses who will testify at trial, including the purpose of the testimony of each witness (i.e., factual, medical, expert, etc.). Unless the qualifications of any medical or other expert witness are admitted, a brief statement of the witness's qualifications shall be included.</li><li>A list of proposed exhibits, indicating which may be admitted without objection and a brief statement of the ground for any objection to the others. Each agreed exhibit shall be numbered. Each contested exhibit shall be lettered.</li></ul> |  |
| Final Pre-trial Conference (in person) | March 16, 2023 @ 2:30 |
| Jury Trial<ul><li>Counsel shall pre-mark all exhibits and provide a courtesy copy of exhibits for the Court.</li></ul> | March 28, 2023 @ 8:30 |

| PEYMAN FARZINPOUR, | BERKLEE COLLEGE OF MUSIC, |
|---|---|
| */s/Michael Thad Allen* | *s/ Elizabeth H. Kelly* |
| Michael Thad Allen (BBO#679795) | Daryl J. Lapp, Esq. (BBO #554980) |
| Samantha K. Harris (*pro hac vice*) | Elizabeth H. Kelly, Esq. (BBO #672277) |
| ALLEN HARRIS PLLC | LOCKE LORD LLP |
| PO Box 404 | 111 Huntington Avenue |
| Quaker Hill, CT 06320 | Boston, Massachusetts 02199 |
| (860) 772-4738 | (617) 230-0100 |
| mallen@allenharrislaw.com | daryl.lapp@lockelord.com |
| sharris@allenharrislaw.com | liz.kelly@lockelord.com |

January 11, 2023

### CERTIFICATE OF SERVICE

This document was served electronically upon all counsel of record by filing through the ECF system on January 11, 2023.

                                            /s/ Elizabeth H. Kelly
                                            Elizabeth H. Kelly