UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEYMAN FARZINPOUR,<br><br>   Plaintiff<br><br> v.<br><br>BERKLEE COLLEGE OF MUSIC,<br><br>   Defendant | Civil Action No. 1:20-cv-11003 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

| PEYMAN FARZINPOUR, | BERKLEE COLLEGE OF MUSIC, |
|---|---|
| */s/Michael Thad Allen* | *s/ Elizabeth H. Kelly* |
| Michael Thad Allen (BBO#679795) | Daryl J. Lapp, Esq. (BBO #554980) |
| Samantha K. Harris (*pro hac vice*) | Elizabeth H. Kelly, Esq. (BBO #672277) |
| ALLEN HARRIS PLLC | LOCKE LORD LLP |
| PO Box 404 | 111 Huntington Avenue |
| Quaker Hill, CT 06320 | Boston, Massachusetts 02199 |
| (860) 772-4738 | (617) 230-0100 |
| mallen@allenharrislaw.com | daryl.lapp@lockelord.com |
| sharris@allenharrislaw.com | liz.kelly@lockelord.com |

## CERTIFICATE OF SERVICE

This document was served electronically upon all counsel of record by filing through the ECF system on February 28, 2023.

               /s/Michael Thad Allen